**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                         NOTICE OF REASSIGNMENT

        OF

 CASES FROM HON.  BARBARA  S. JONES

-------------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                HON.  ALISON  J. NATHAN

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 15, 2012

                          Ruby J. Krajick, CLERK

                          Philip Guarnieri
            By: _____
                          Deputy Clerk

cc: Attorneys of Record

**Judge Jones to Judge Nathan**

09-cv-9919

10-cv-3001

10-cv-9508

11-cv-0793

11-cv-2178

11-cv-3866

11-cv-4737

11-cv-5427

11-cv-6156

11-cv-7128

11-cv-7274

11-cv-8373