USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAERSK, INC.,

                   Plaintiff,

    -v-

ABIDJAN FRESH FOODS,

                   Defendant.

------------------------------------------------------------X

11 Civ. 08373 (AJN)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

ALISON J. NATHAN, District Judge:

    Whereas this case has recently be transferred to the undersigned, counsel for all parties are directed to appear for an initial pretrial conference with the Court on **April 13, 2012**, at **11:45 am** in Courtroom **6A** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. All parties are required to register promptly as filing users on ECF. Prior to the date of the conference, each party must also send the Court one courtesy copy of the party's pleadings. Any open legal issues can be addressed at the conference.

    Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with the Court's Individual Rules of Practice, the Parties are directed to submit via e-mail (NathanNYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in PDF format **no later than** April 4, 2012. A form Proposed Case Management Plan and Scheduling Order is available at the Court's website (http://nysd.uscourts.gov/judge/ Nathan).

    It is further ordered that included with the Proposed Civil Case Management Plan, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or all outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

**Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this notice and the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) forthwith, and (ii) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this notice must forthwith send a copy of the notice and Practices to that party personally.

Dated: February 22, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge